UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**THEOPHUS L. KNIGHT,**

    **Plaintiff,**

    **V.**    Case No. 06-C-392

**DIVISION OF HEARINGS AND APPEALS and
WISCONSIN DEPARTMENT OF HEALTH AND FAMILY SERVICES,**

    **Defendants.**

# DECISION AND ORDER

The above-entitled action is hereby dismissed without prejudice for lack of diligence because the plaintiff has failed to pay the filing on or before July 14, 2006 as ordered (E.D. Wis. Civil L.R. 41.3).

Dated at Milwaukee, Wisconsin, this 20th day of July, 2006.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        Chief Judge